JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| AMBARTSUM SIMONIAN, | Case No. 5:26-cv-01246-DFM |
| Petitioner, | |
| v. | JUDGMENT |
| JAMES JANECKA et al., | |
| Respondents. | |

The parties have consented to have the undersigned preside over all proceedings. For the reasons set forth in the Court's Report and Recommendation (Dkt. 17),

IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is DISMISSED without prejudice as moot. Because the case arises under 28 U.S.C. § 2241 and does not attack a State court detention, no ruling on a certificate of appealability is required. See 28 U.S.C. § 2253(c)(1); Harrison v. Ollison, 519 F.3d 952, 958 (9th Cir. 2008).

Date: June 17, 2026

DOUGLAS F. McCORMICK
United States Magistrate Judge